WILLIAM S. SMERDON, SBN 149599
wsmerdon@oswaltlaw.com
A member of OSWALT & ASSOCIATES
(a dba of a professional corporation)
P.O. Box 607
Imperial, California 92251
Tel: (760) 353-8211
Fax: (760) 353-8235

Attorneys for defendant PROFESSIONAL COLLECTIONS, LLC

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONA SUKIASYAN, an individual, | Case No.: CV11-09622-GAF (CWx) |
| Plaintiff, | **JUDGMENT** |
| vs. | [Proposed] |
| OCS RECOVERY, INC., a California corporation; PROFESSIONAL COLLECTIONS, LLC, a California limited liability company; CENTRAL FINANCE CONTROL, business form unknown; and SYNDICATED OFFICE SYSTEMS, a California corporation, | |
| Defendants. | |

i

In accordance with the Court's January 22, 2013 Order granting the motion for summary judgment and request for sanctions filed by PROFESSIONAL COLLECTIONS, LLC,

JUDGMENT IS HEREBY ENTERED in favor of PROFESSIONAL COLLECTIONS, LLC and against plaintiff SONA SUKIASYAN.

JUDGMENT IS HEREBY FURTHER ENTERED in favor of defendant PROFESSIONAL COLLECTIONS, LLC and against plaintiff's counsel, Arshak Bartoumian in the amount of $8,750.00.

Dated: February 14, 2013

_____
Gary Allen Feess
JUDGE OF THE U.S. DISTRICT COURT

ii