JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SONA SUKIASYAN, | CASE NO.: CV11-09622-GAF (CWx) |
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| vs. | |
| OCS RECOVERY, INC., a California Corporation; PROFESSIONAL COLLECTIONS, LLC, a California Limited Liability Company; CENTRAL FINANCIAL CONTROL, Business form unknown; and SYNDICATED OFFICE SYSTEMS, a California Corporation, | |
| Defendants. | |

1  In accordance with the Court's January 22, 2013 Order granting the motion for
2  summary judgment and request for sanctions of defendant Syndicated Office Systems
3  dba Central Financial Control erroneously sued as separate entities,
4  JUDGMENT IS HEREBY ENTERED in favor of defendant Syndicated Office
5  Systems dba Central Financial Control and against plaintiff Sona Sukiasyan.
6  JUDGMENT IS HEREBY FURTHER ENTERED in favor of defendant
7  Syndicated Office Systems dba Central Financial Control and against plaintiff's
8  counsel, Arshak Bartoumian, in the amount of $13,981.67.

Dated: February 14, 2013    By: _____

The Honorable Gary Allan Feess
United States District Judge